## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Diane Neely−Dyer

                        Plaintiff,

v.                                                  Case No.: 1:83−cv−05376
                                                          Honorable John Robert Blakey

City of Chicago, The

                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 3, 2019:

      MINUTE entry before the Honorable Maria Valdez: Magistrate Judge status hearing and settlement conference held on 12/3/19. A judicial recommendation of settlement was made. The parties are to contact Judge Valdez's Courtroom Deputy, Lisa Provine, at (312)408−5135, by 12:00 p.m. on 12/4/19 to advise whether the recommendation is accepted or rejected. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.