**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Diane Neely−Dyer

                 Plaintiff,

v.                                     Case No.: 1:83−cv−05376
                                                    Honorable John Robert Blakey

City of Chicago, The

                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 5, 2020:

      MINUTE entry before the Honorable John Robert Blakey: In light of the reported settlement, Petitioner Dexter's motion for rule to show cause [237] is denied as moot. The 3/4/20 status hearing date stands. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.